```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 04 B 35109
   CRAIG LEMON SHORT
   MARIETTA PATRICE SHORT                       CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

             Debtor
    SSN XXX-XX-7568    SSN XXX-XX-6074


--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/22/2004 and was confirmed 11/24/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  70.00%.

     The case was dismissed after confirmation 11/14/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
AUTO ONE ACCEPTANCE        SECURED            6425.00        351.85       6425.00
AUTO ONE ACCEPTANCE        UNSECURED          2016.10           .00        158.01
HSBC AUTO FINANCE          SECURED            7300.00        493.64       7300.00
HSBC AUTO FINANCE          UNSECURED          3594.24           .00        281.70
SILVERLEAF RESORTS INC     SECURED NOT I      5289.82           .00            .00
SILVERLAKE RESORTS INC     UNSECURED        NOT FILED           .00            .00
CAPITAL ONE BANK           UNSECURED           956.97           .00         75.00
CHECK N GO                 UNSECURED           510.38           .00         40.00
CROSS COUNTRY BANK         UNSECURED          3281.41           .00        257.18
INTERNAL REVENUE SERVICE   UNSECURED          3765.78           .00        295.15
ISAC                       UNSECURED          7147.33           .00        560.18
MELANIE FITNESS CENTER     UNSECURED        NOT FILED           .00            .00
MALCOLM S GERALD & ASSOC   UNSECURED           218.00           .00         17.09
PROVIDIAN                  UNSECURED        NOT FILED           .00            .00
QUEST DIAGNOSTICS          UNSECURED        NOT FILED           .00            .00
TRU GREEN CHEMLAWN         UNSECURED        NOT FILED           .00            .00
INTERNAL REVENUE SERVICE   SECURED            1740.00        135.76       1740.00
IL DEPT OF HEALTHCARE &    PRIORITY           4246.87           .00       4246.87
CAPITAL ONE BANK           UNSECURED           799.27           .00         62.64
PETER FRANCIS GERACI       DEBTOR ATTY       2,700.00                    2,700.00
TOM VAUGHN                 TRUSTEE                                       1,454.81
DEBTOR REFUND              REFUND                                          267.66

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              26,862.54

PRIORITY                                   4,246.87
SECURED                                   15,465.00
   INTEREST                                  981.25

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 35109 CRAIG LEMON SHORT & MARIETTA PATRICE SHORT
```

```
UNSECURED                                                         1,746.95
ADMINISTRATIVE                                                    2,700.00
TRUSTEE COMPENSATION                                              1,454.81
DEBTOR REFUND                                                       267.66
                                        ---------------    ---------------
TOTALS                                        26,862.54          26,862.54
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                         /s/ Tom Vaughn
   Dated: 02/27/08                    _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE
```